389 A.2d 701

Warner Hospital v. Alexander, Appellant.

Argued March 13, 1978.   Donald Marritz, for appellant; Walton V. Davis, with him John W. Phillips, for appellee.

Order affirmed.